NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Ruben Soto
c/o 13738 Bel Air Dr, Victorville California 92395
(424) 397-4215
rubano83 @proton.me

ATTORNEY(S) FOR: Plaintiff Pro Se

FILED
CLERK, U.S. DISTRICT COURT
08/22/2026
CENTRAL DISTRICT OF CALIFORNIA
BY dgo DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ruben Soto<br>Plaintiff(s),<br>v.<br>J. Mora, Badge No. C13858; DOES 1-4<br>Defendant(s) | CASE NUMBER:<br>5:26-cv-04861-JFW-PVC<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Ruben Soto, plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ruben Soto | Plaintiff |
| J. Mora, Badge No. C13858 | Defendant; San Bernardino County Sheriff's Deputy |
| DOES 1-4 | Defendants; presently unidentified law-enforcement personnel |

08/22/2026
Date

Ruben Soto, man
Signature

Attorney of record for (or name of party appearing in pro per):
Ruben Soto, Plaintiff Pro per